Angela M. Taylor (State Bar No. 210425)
angelataylor@jonesday.com
JONES DAY
3 Park Plaza
Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>             Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, KOHLS, FIRST USA, NA AND DOES 1 THROUGH 10 INCLUSIVE<br><br>             Defendants, | Case No. 4:08-cv-04147-SBA (BZ)<br><br>[PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS INC.'S REQUEST TO APPEAR AT THE EARLY NEUTRAL EVALUATION BY TELEPHONE<br><br>Date: March 20, 2009<br>Time: 1:30 p.m. |

Good cause appearing, IT IS HEREBY ORDERED THAT Defendant Experian Information Solutions, Inc.'s representative may participate via telephone in the Early Neutral Evaluation of this matter scheduled for March 20, 2009.

Dated: March 10, 2009

By: /s/ Wayne D. Brazil
Honorable Wayne D. Brazil

LAI-3005402v1

- 1 -