GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com
wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK, USA, N.A., erroneously sued
herein as First USA, NA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive.<br><br>Defendants | CASE NO. C 08-04147 (BZ) SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CHASE BANK USA, N.A.'S REQUEST FOR APPEARANCE AT ADR EARLY NEUTRAL EVALUATION BY TELEPHONE<br><br>Date: March 20, 2009<br>Time: 12:00 p.m. |

Good cause having been presented, the Court hereby grants defendant Chase Bank USA, N.A. permission to have its representative appear at the ADR Early Neutral Evaluation, scheduled for March 20, 2009, by telephone.

Dated: 2/26/09

THE HON. WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE

RC1/5261725.1/AB7

[PROPOSED] ORDER GRANTING DEFENDANT
CHASE BANK USA, N.A.'S REQUEST FOR
APPEARANCE BY TELEPHONE