UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. C-08-4147 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S DEPOSITION; AND RECOMMENDATION RE DISCOVERY DEADLINE** |
| EXPERIAN INFORMATION SOLUTIONS, *et al.*, | |
| Defendants. | **(Docket Nos. 47, 58)** |
| _____/ | |

The Court held a telephonic hearing on May 13, 2009, regarding a dispute over Plaintiff's deposition. This order memorializes the ruling made by the Court at the hearing and further includes a recommendation to the presiding judge regarding the discovery deadline.

A.      Plaintiff's Deposition

The Court is willing to delay Plaintiff's deposition for a limited period of time so that Plaintiff may try to obtain representation by counsel. However, given the trial schedule in this case, the deposition may not be delayed indefinitely.

Plaintiff's deposition shall take place on May 26, 2009, at 10:00 a.m. Plaintiff indicated in her declaration that she is willing to be deposed on that date and she confirmed such at the hearing. The deposition shall take place on May 26 regardless of whether Plaintiff has obtained counsel by that date. Plaintiff's deposition shall be up to seven hours in length as provided for by Federal Rule of Civil Procedure 30(d). Defendants shall timely notify Plaintiff of the location where the deposition will take place.

B.  <u>Discovery Deadline</u>

Because Plaintiff's deposition is being delayed, the Court recommends that the presiding judge continue the discovery deadline by two weeks -- *i.e.*, from June 26, 2009, to July 10, 2009, without changing any other hearing or trial dates. This will ensure that Defendants incur no prejudice from the delayed deposition. It appears that this change can be accommodated without affecting the presiding judge's dispositive motion and trial schedule.

This order disposes of Docket Nos. 47 and 58.

IT IS SO ORDERED.

Dated: May 13, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. C-08-4147 SBA (EMC) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| EXPERIAN INFORMATION SOLUTIONS, *et al.*, | |
| Defendants. | |

_____/

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

KAMLESH BANGA
P.O. Box 6025
Vallejo, CA 94591
(707) 342-1692

*ALL OTHER COUNSEL SERVED VIA ELECTRONIC FILING ("E-FILING")*

Dated: May 13, 2009        RICHARD W. WIEKING, CLERK

By: _____/s/_____
Leni Doyle
Deputy Clerk