UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, KOHLS, FIRST USA, NA AND DOES 1 THROUGH 10 INCLUSIVE<br><br>        Defendants, | Case No.  4:08-cv-04147-SBA (BZ)<br><br>STIPULATED PROTECTIVE ORDER FOR LIMITED PURPOSES PLAINTIFF'S MAY 26, 2009 DEPOSITION  ; ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff Kamlesh Banga and Defendants Experian Information Solutions, Inc. ("Experian"), Kohl's Department Stores, Inc., ("Kohl's") and Chase Bank USA, N.A., erroneously sued herein as First USA, NA, through their respective attorneys of record, for the limited purposes of plaintiff's deposition, commencing on May 26, 2009, as follows:

1.     The deposition transcript and video recording shall be used only for the purposes of this litigation.

2.     The deposition transcript and video recording shall only be accessed by the parties to the action and their attorneys.

STIPULATED PROTECTIVE ORDER FOR LIMITED PURPOSES PLAINTIFF'S MAY 26, 2009 DEPOSITION

3.     This protective order is being entered only for the purposes of plaintiff's deposition. The parties reserve their rights to enter into a stipulated protective order for purposes of all disclosure and discovery activity in this action at a later date.

Dated: ___5|22|09___

Respectfully submitted,

*Kamlesh Banga*

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

*Plaintiff, Pro se*

Dated: May 22, 2009

Respectfully submitted,

/s/ Eric J. Hardeman
Eric J. Hardeman
JONES DAY
3 Park Plaza, Suite 1100
Irvine, CA 92604
Telephone: (949) 851-3939

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Dated: May 22, 2009

Respectfully submitted,

/s/ Wendy C. Krog
George Geoffrey Weickhardt
Wendy C. Krog
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street
Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800

*Attorneys for Defendant*
*Chase Bank USA, N.A.*

STIPULATED PROTECTIVE ORDER FOR
LIMITED PURPOSES PLAINTIFF'S MAY
26, 2009 DEPOSITION

- 2 -

1    Dated:May 22, 2009                     Respectfully submitted,

2

3                                 /s/ Sarah E. Griswold

4                                 Gregory P. Dresser
                                    Sarah E. Griswold

5                                 MORRISON & FOERSTER LLP
                                    425 Market Street

6                                 San Francisco , CA 94105
                                    Telephone:  (415) 268-7000

7

8                                 *Attorneys for Defendant*
                                  *Kohls Department Stores, Inc.*

9

10    IT IS SO ORDERED.

11    Dated: _____ May 26 , 2009 _____

12                                 EDWARD M. CHEN
                                  United States Magistrate Judge

13

14    **CERTIFICATE OF SERVICE**

15    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District

16    Court, Northern District of California. That on , I SERVED a true and correct copy(ies) of the
     attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)

17    hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies)
     into an inter-office delivery receptacle located in the Clerk's office.

18

19    Kamlesh Banga
     P.O. Box 6025

20    Vallejo, CA 94591

21

22    Dated: 5/26/09      /s/ Betty Lee
       Richard W. Wieking, Clerk

23      By: Betty Lee, Deputy Clerk

24

25

26

27

28