Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  KAMLESH BANGA
   P.O. Box 6025
2  Vallejo, CA  94591
   Telephone:    (707) 342-1692
3  E-mail:       kkbanga@gmail.com
   Plaintiff, *in propria persona*
4
   GEORGE G. WEICKHARDT (SBN 58586)
5  WENDY C. KROG (SBN 257010)
   ROPERS, MAJESKI, KOHN & BENTLEY
6  201 Spear Street, Suite 1000
   San Francisco, CA  94105
7  Telephone:    (415) 543-4800
   Facsimile:    (415) 972-6301
8  Email:        gweickhardt@rmkb.com
                 wkrog@rmkb.com
9
   Attorneys for Defendant
10 CHASE BANK, USA, N.A., erroneously
   sued herein as FIRST USA, NA
11
   ANGELA M. TAYLOR (SBN 210425)
12 ERIC J. HARDEMAN (SBN 253489)
   JONES DAY
13 3 Park Plaza, Suite 1100
   Irvine, CA  92614
14 Telephone:    (949) 553-7549
   Facsimile:    (949) 553-7539
15 Email:        angelataylor@jonesday.com

16 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
17 INC.

18 GREGORY P. DRESSER (SBN 136532)
   SARAH E. GRISWOLD (SBN 240326
19 MORRISON & FOERSTER, LLP
   425 Market Street
20 San Francisco, CA  94105-2482
   Telephone:    (415) 268-7000
21 Facsimile:    (415) 268-7522
   E-mail:       GDresser@mofo.com
22               SGriswold@mofo.com

23 Attorneys for Defendant
   KOHL'S DEPARTMENT STORES, INC.
24 erroneously sued as "KOHLS"

25

26

27

28

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive.<br><br>　　　　　Defendants. | CASE NO.  C 08-04147 SBA<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY CUTOFF**<br><br>Discovery Cutoff:  June 26, 2009 |

Pursuant to the February 18, 2009 case management conference, general discovery is to be completed by June 26, 2009.  The parties hereby stipulate to extend the discovery cutoff to and including July 10, 2009.

Following a telephone conference with Magistrate Judge Edward M. Chen on May 13, 2009, plaintiff was ordered to appear for her deposition on May 26, 2009.  Good cause exists for extension of the June 26, 2009 discovery cutoff to allow the parties adequate time to conduct any additional follow-up discovery that may be necessary based on the substance of plaintiff's deposition.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

No previous continuances have been granted and the parties do not anticipate that any other deadlines will be affected by the continuance.

Dated: May ___, 2009

_____
KAMLESH BANGA
Plaintiff, *In Pro Per*

Dated: May ___, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By:/s/ Wendy C. Krog
_____
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK, USA, N.A.

Dated: May ___, 2009

JONES DAY

By:/s/ Eric J. Hardeman
_____
ERIC J. HARDEMAN
Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: May ___, 2009

MORRISON & FOERSTER, LLP

By:/s/ Sarah E. Griswold
_____
GREGORY P. DRESSER
SARAH E. GRISWOLD
Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.
erroneously sued as "KOHLS"

**APPROVED AND SO ORDERED.**

Dated: June 9, 2009

_____
HON. SAUNDRA BROWN ARMSTRONG

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

    Defendant.

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: June 10, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk