United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA, | No. C-08-4147 SBA (EMC) |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S LETTER OF JUNE 19, 2009** |
| EXPERIAN INFORMATION SOLUTIONS, *et al.*, | **(Docket No. 102)** |
| Defendants. | |
| _____/ | |

Previously, the Court issued an order in which it conditionally denied Plaintiff's motion to quash a subpoena that was served on her husband, Madan Lal. The Court, however, gave Plaintiff an opportunity to procure a declaration from the physician who treats Mr. Lal's heart condition. Plaintiff was to file that declaration by June 24, 2009.[1] *See* Docket No. 91. Plaintiff has now submitted a letter asking for a one-week extension because the doctor is out of the country. Defendant has opposed Plaintiff's request. According to Defendant, the doctor is to be back in the country and available to see patients on June 24, 2009. *See* Krog Decl. ¶ 3,

Although the doctor may be available to see patients on June 24, 2009, as a practical matter, it may be difficult for the doctor to see Mr. Lal and/or prepare a declaration to be filed with the

---

[1] In her letter of June 19, 2009, Plaintiff refers to the declaration as a doctor's note. While the Court may have used the phrase "doctor's note" at the hearing on the motion to quash, it emphasizes that what is being required here is not simply a note but rather a declaration -- that is, a statement from the doctor that the doctor states that he or she is providing under penalty of perjury under the laws of the United States of America.

Court on the very same day. Accordingly, the Court hereby **GRANTS** Plaintiff's request for an extension. Plaintiff shall have until **July 1, 2009**, to file the declaration described in the Court's prior order of June 10, 2009. *See* Docket No. 91. Defendant shall then have until **July 6, 2009**, to file a response.

In recognition of the fact that the discovery cut-off is July 10, 2009, the Court hereby orders that the deposition of Mr. Lal, should it go forward, may take place after July 10. Should the deposition go forward, the parties should expect to meet and confer to determine a date, as close in time to July 10, for the deposition to take place.

This order disposes of Docket No. 102.

IT IS SO ORDERED.

Dated: June 23, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2