UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,<br><br>Defendants. | Case No.   4:08-cv-04147 SBA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL SELECTED DOCUMENTS SUBMITTED IN DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>[Docket No. 150] |

Having considered the submissions regarding Exhibit D to Declaration of Sarah E. Griswold in Support of Defendant Kohl's Department Stores, Inc.'s Motion for Summary Judgment or, in the Alternative, for Summary Adjudication ("Griswold Declaration"), and those portions of Defendant Kohl's Department Stores, Inc.'s Memorandum of Points and Authorities in Support of its Motion for Summary Judgment or, in the Alternative, for Summary Adjudication that discuss Exhibit D to the Griswold Declaration, the materials are HEREBY SEALED.

Having considered the submissions regarding the Declaration of Greg Harned in Support of Defendant Kohl's Department Stores, Inc.'s Motion for Summary Judgment or, in the Alternative, for Summary Adjudication ("Harned Declaration"), the application for the sealing of the Declaration of Greg Harned is DENIED AS MOOT. The submissions before the court are incorrectly filed.

IT IS SO ORDERED.

Dated: 8/19/09

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong

Case No. 3:08-cv-04147 SBA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

        Defendant.

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: August 19, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk