|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND DIVISION | |

KAMLESH BANGA,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,

        Defendants.

Case No.   4:08-cv-04147 SBA

**ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S ADMISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL**

[Docket No. 146]

Experian Information Solutions, Inc.'s ("Experian") Miscellaneous Administrative Request to Seal Confidential Documents filed in connection with Experian's Motion for Summary Judgment ("Administrative Request to Seal Documents") was duly considered by this Court.

IT IS HEREBY ORDERED THAT:

The Court GRANTS Experian's Administrative Request to Seal Documents pursuant to Local Rules 7-11 and 79-5(d) and the terms of the Protective Order entered by this Court dated May 22, 2009.

Dated: 8/19/09

                                            *Saundra B. Armstrong*
                                            Honorable Saundra B. Armstrong

UNITED STATES DISTRICT COURT

FOR THE'

NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

        Defendant.

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: August 19, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk