UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA, | Case No.   4:08-cv-04147 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive, | |
| Defendants. | |

The Court having received Plaintiff's Motion for Leave to File a Second Amended Complaint and supporting exhibits, HEREBY DIRECTS Plaintiff to submit a corresponding administrative application, pursuant to Local Rules 7-11 and 79-5, to the court to file under seal the requested supporting documents.


IT IS SO ORDERED.

Dated: 8/20/09

_____
Honorable Saundra B. Armstrong

Case No. 3:08-cv-04147 SBA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

             Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
ET AL et al,

             Defendant.

                                      /

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: August 20, 2009

                                     Richard W. Wieking, Clerk
                                     By: LISA R CLARK, Deputy Clerk