UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>           Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,<br><br>           Defendants. | Case No.   4:08-cv-04147 SBA<br><br>**ORDER** |

On August 24, 2009, Plaintiff filed a Motion to File Under Seal Selected Documents Submitted in Support of Motion for Leave to File Second Amended Complaint. Plaintiff requests that exhibits A, B, and C attached to her Motion for Leave to File Second Amended Complaint be sealed because they contain confidential and propriety trade secrets of Defendant Experian, and because they contain plaintiff's personal credit information.

Local Rule 79-5 specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable.  The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, Plaintiff's application to seal selected materials submitted in support of its Motion for Leave to File Second Amended Complaint is narrowly tailored and complies with L.R. 79-5(a).

Accordingly, Plaintiff's Application is APPROVED. The clerk of the court is directed to docket the application to file under seal as the application itself does not meet the requirements of L.R. 79-5(a)

///

Case No. 4:08-cv-04147 SBA

1    IT IS SO ORDERED.

2   Dated:   8/27/09                              _____
                                                  Honorable Saundra B. Armstrong
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Case No. 4:08-cv-04147 SBA                                                    1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

        Defendant.

                                  Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: August 27, 2009

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk

2

Case No. 4:08-cv-04147 SBA