UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff(s),<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS; KOHL'S; FIRST USA,<br>NA, and Does 1 through 10<br>inclusive,<br><br>    Defendant(s). | No. C08-04147 SBA (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Plaintiff:

On February 24, 2009, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for October 1, 2009. Your statement was due September 23, 2009. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by **the close of the business day** on **Monday, September 28, 2009**,

///

///

///

1

plaintiff will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: September 25, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BANGA\OVERDUEPAPERORDER.wpd