1  Eric J. Hardeman (State Bar No. 253489)
   ejhardeman@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Ste 800
3  Irvine, CA 92612
   Telephone:    (949) 851-3939
4  Facsimile:    (949) 553-7539

5  Attorney for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                 **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11  **KAMLESH BANGA,**                         **Case No.: 4:08-cv-04147-SBA**

12            **Plaintiff,**                   **EXPERIAN INFORMATION**
                                               **SOLUTIONS, INC.'S REQUEST TO**
13       **v.**                                **APPEAR AT SETTLEMENT**
                                               **CONFERENCE TELEPHONICALLY**
14  **EXPERIAN INFORMATION**
    **SOLUTIONS; KOHL'S; FIRST USA, NA,**      Date: October 1, 2009
15  **and Does 1 through 10 inclusive,**       Time: 2:00 P.M.
                                               Place: 450 Golden Gate Ave
16            **Defendants.**                         San Francisco CA 94102
                                                     Courtroom G, 15th Floor
17                                             Judge:  Hon. Bernard Zimmerman

18

19

20       Experian Information Solutions, Inc. ("Experian"), pursuant to the Court's Order

21  Scheduling Settlement Conference dated February 24, 2009 (Docket No. 33), respectfully

22  submits this written request to appear telephonically at the Settlement Conference scheduled for

23  October 1, 2009.

24       Abril Turner, corporate counsel for Experian, is the person authorized to negotiate and

25  settle this matter on behalf of Experian. Ms. Turner is located in Costa Mesa, California, but is

26  available at all times during the October 1 Settlement Conference by telephone. Although

27  Experian's counsel will attend the Settlement Conference in person, it will be impracticable for

28  Experian to bear the further expense of having Ms. Turner travel to San Francisco given that

LAI-3053445v1                                              4:08-cv-04147 SBA
                                                REQUEST TO APPEAR AT SETTLEMENT
                                                    CONFERENCE TELEPHONICALLY

1   Experian is likely to prevail on its pending Motion for Summary Judgment.  Accordingly,

2   Experian hereby requests the Court to allow Ms. Turner to appear at the October 1 Settlement

3   Conference telephonically.

4

5   Dated: September 24, 2009                     Respectfully submitted,

6

7                                                 /s/ Eric J. Hardeman

8                                                 Eric J. Hardeman
                                                  JONES DAY
                         GRANTED                  3161 Michelson Drive, Suite 800
9                                                 Telephone:     (949) 553-7545
                                                  Facsimile:     (949) 553-7539
10

11                  Judge Bernard Zimmerman       *Attorney for Defendant*
                                                  *Experian Information Solutions, Inc.*
12

13

14

15                                    (1)  no opposition

16                                    (2)  uncertain posture

17                                         of case

18

19

20

21

22   29 Sept 09

23

24

25

26

27

28