UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

An Administrative Motion to Consider Whether Cases Should Be Related has been filed, stating that the following cases may be related within the meaning of Civil L.R. 3-12:

**C 05-4417 MMC**    Banga v. Experian Information Solutions
**C 08-4147 SBA**    Banga v. Experian Information Solutions, et al.

**ORDER**

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[X]  **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[  ]  **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in this reassigned case are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned case will be rescheduled by the Court.  Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED:** October 23, 2009

MAXINE M. CHESNEY
United States District Judge