GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.
erroneously sued as "KOHLS"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,<br><br>    Defendants. | Case No.   4:08-cv-04147 SBA<br><br>**ORDER GRANTING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF KAMLESH BANGA'S [PROPOSED] ORDER DENYING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**<br><br>Date: September 29, 2009<br>Time: 1:00 p.m.<br>Crtrm: 3<br><br>Hon. Saundra B. Armstrong<br><br>Complaint Filed: August 29, 2008<br>Trial Date:  November 9, 2009 |

Defendant Kohl's Department Stores, Inc. moved the Court pursuant to pursuant to Civil Local Rule 7-5(b), and ADR Local Rules 5-12 and 5-8(b) for an order striking portions of Plaintiff Kamlesh Banga's [Proposed] Order Denying Defendant Kohl's Department Stores, Inc.'s Motion for Summary Judgment or, in the Alternative, for Summary Adjudication ("Plaintiff's Proposed Order").  Having considered all papers submitted in support of and in opposition to defendant's motion, other pleadings and papers on file herein, and the oral argument, the Court hereby GRANTS Defendant's motion.  The discussion of Kohl's' Written ENE Statement in Plaintiff's Proposed Order is HEREBY STRICKEN.  In particular, the text of Plaintiff's Proposed Order from page 1, line 26 to page 2, line 3 is HEREBY STRICKEN.  Plaintiff's Proposed Order shall be removed from the docket.  A revised version of Plaintiff's Proposed Order shall be filed in which the discussion of Kohl's Written ENE Statement from page 1, line 26 to page 2, line 3 is stricken.

IT IS SO ORDERED.

Dated:  12/21/09

By: _____
Honorable Saundra B. Armstrong

[PROPOSED] ORDER GRANTING KOHL'S' MOTION TO STRIKE PORTIONS OF BANGA'S [PROPOSED] ORDER
CASE NO. 3:08-CV-04147 SBA
sf-2742737

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

       Defendant.
_____/

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: December 28, 2009

                              Richard W. Wieking, Clerk

                                  By: LISA R CLARK, Deputy Clerk

[Proposed] Order Granting Kohl's' Motion to Strike Portions of Banga's [Proposed] Order
Case No. 3:08-cv-04147 SBA
sf-2742737

2