GREGORY P. DRESSER (CA SBN 136532)
GDresser@mofo.com
SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.
erroneously sued as "KOHLS"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No.   4:08-cv-04147 SBA<br><br>**ORDER GRANTING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S EVIDENTIARY OBJECTIONS TO AND MOTION TO STRIKE PORTIONS OF THE DECLARATION OF KAMLESH BANGA IN SUPPORT OF PLAINTIFF'S OPPOSITION DEFENDANT KOHL'S' MOTION FOR SUMMARY JUDGMENT AND PORTIONS OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO  KOHL'S' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　September 22, 2009<br>Time:　　1:00 p.m.<br>Crtrm:　　3<br><br>Hon. Saundra B. Armstrong<br><br>Complaint Filed: August 29, 2008<br>Trial Date:　　　November 9, 2009 |

Defendant Kohl's Department Stores, Inc. moved the Court pursuant to pursuant to Civil Local Rule 7-5(b), and ADR Local Rules 5-12 and 5-8(b) for an striking portions of the Declaration of Kamlesh Banga in Support of Plaintiff's Opposition to Defendant Kohl's' Motion for Summary Judgment, or in the Alternative, for Summary Adjudication ("Banga Declaration") and portions of Plaintiff's Memorandum of Points and Authorities in Opposition to Kohl's' Motion for Summary Judgment (Plaintiff's Opposition).  Having considered all papers submitted in support of and in opposition to defendant's motion, other pleadings and papers on file herein, and the oral argument, the Court hereby GRANTS Defendant's motion.  Exhibit C of the Banga Declaration is HEREBY STRICKEN.  The discussion of Kohl's' Written ENE Statement in Plaintiff's Opposition is HEREBY STRICKEN.  In particular, the text of Plaintiff's Opposition from page 2, line 26 to page 3, line 4 and from page 9, line 9 to page 9, line 14 is HEREBY STRICKEN.  Plaintiff's Opposition shall be removed from the docket.  A revised version of Plaintiff's Opposition shall be filed in which the discussion of Kohl's Written ENE Statement from page 2, line 26 to page 3, line 4 and from page 9, line 9 to page 9, line 14 is stricken.

IT IS SO ORDERED.

Dated:  12/21/09

By: *Saundra B. Armstrong*
Honorable Saundra B. Armstrong

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS
ET AL et al,

        Defendant.
_____/

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: December 28, 2009

        Richard W. Wieking, Clerk

        By: LISA R CLARK, Deputy Clerk