| | |
|---|---|
| 1 | Eric J. Hardeman (SBN 253489) |
| | ejhardeman@jonesday.com |
| 2 | JONES DAY |
| | 3161 Michelson Drive |
| 3 | Suite 800 |
| | Irvine, CA 92612 |
| 4 | Telephone:   (949) 851-3939 |
| | Facsimile:    (949) 553-7539 |
| 5 | |
| | Attorneys for Defendant |
| 6 | EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | KAMLESH BANGA, | Case No.  4:08-cv-04147-SBA (BZ) |
| 12 | Plaintiff, | [PROPOSED] ORDER REGARDING EXPERIAN'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF KAMLESH BANGA |
| 13 | v. | |
| 14 | EXPERIAN INFORMATION SOLUTIONS, INC, KOHLS, FIRST USA, NA AND DOES 1 THROUGH 10 INCLUSIVE | |
| 15 | | Hon. Saundra B. Armstrong |
| 16 | Defendants, | |

Defendant Experian Information Solutions, Inc. ("Experian") issued evidentiary objections to Plaintiff Kamlesh Banga's Declaration in Opposition to Experian's Motion for Summary Judgment.  Having considered the moving papers, the arguments of counsel, and the record of this Court, it is hereby ORDERED that Paragraphs 16 and 17 to Plaintiff's Declaration are stricken as speculative and not based on Plaintiff's personal knowledge.  Federal Rule of Evidence 602.  It is further ORDERED that Exhibit M to Plaintiff's declaration is stricken, as it lacks foundation for admissibility and is not properly authenticated.  Federal Rule of Evidence 901.  Experian's remaining objections are overruled.

IRI-1445v1                                                                                                                        PROPOSED ORDER
- 1 -

1     IT IS SO ORDERED

2 Dated: _12/21/09

                                          By: _Saundra B. Armstrong_
                                            The Honorable Saundra B. Armstrong
                                            United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

        Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

        Defendant.
_____/

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: December 30, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

IRI-1445v1          PROPOSED ORDER