1  GREGORY P. DRESSER (CA SBN 136532)
   GDresser@mofo.com
2  SARAH E. GRISWOLD (CA SBN 240326)
   SGriswold@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522

6  Attorneys for Defendant
   KOHL'S DEPARTMENT STORES, INC.
7  erroneously sued as "KOHLS"

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 | KAMLESH BANGA,                                | Case No.   4:08-cv-04147 SBA
13 |              Plaintiff,                        | **ORDER GRANTING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANT'S REPLY IN SUPPORT OF ITS RENEWED MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION**
14 |      v.                                        |
15 | EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive, |
16 |                                                |
17 |              Defendants.                       |
18 |                                                |
19 |                                                | Date:   February 23, 2010
   |                                                | Time:   1:00 p.m.
20 |                                                | Crtrm:  3
21 |                                                | Hon. Saundra B. Armstrong
22 |                                                | Complaint Filed: August 29, 2008
   |                                                | Trial Date:     None Set

[PROPOSED] ORDER GRANTING DEFENDANT KOHL'S MOT. TO SEAL
Case No. 3:08-cv-04147 SBA
sf-2723109

1       Having considered the submissions regarding page 6, lines 21-22 of Defendant Kohl's
2 Department Stores, Inc.'s Reply in Support of Its Renewed Motion for Summary Judgment or, in
3 the Alternative, for Summary Adjudication, which discusses Exhibit D to the Declaration of
4 Sarah E. Griswold in Support of Defendant Kohl's Department Stores, Inc.'s Motion for
5 Summary Judgment or, in the Alternative, for Summary Adjudication, this material is HEREBY
6 sealed.

7       IT IS SO ORDERED.

8 Dated: _1/21/10

9                                      By: _____*Saundra B. Armstrong*_____
10                                           Honorable Saundra B. Armstrong