1  Eric J. Hardeman (SBN 253489)
   ejhardeman@jonesday.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA 92612
4  Telephone:     (949) 851-3939
   Facsimile:     (949) 553-7539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | KAMLESH BANGA, | Case No. 4:08-cv-04147-SBA |
|---|---|---|
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING EXPERIAN INFORMATION SOLUTIONS, INC.'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| 13 | v. | |
| 14 | EXPERIAN INFORMATION SOLUTIONS, INC, KOHLS, FIRST USA, NA AND DOES 1 THROUGH 10 INCLUSIVE | |
| 15 | | |
| 16 | Defendants, | |

IR1-1467v1

PROPOSED ORDER
4:08-cv-04147-SBA

- 1 -

1  Experian Information Solutions, Inc.'s ("Experian") Miscellaneous Administrative
2  Request to Seal Confidential Documents filed in connection with Experian's Motion for
3  Summary Judgment ("Administrative Request to Seal Documents") was duly considered by this
4  Court.
5      IT IS HEREBY ORDERED THAT:
6      The Court grants Experian's Administrative Request to Seal Documents.
7      IT IS SO ORDERED.

Dated: 1/13/10

By: _____
    The Honorable Saundra B. Armstrong
    United States District Court Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BANGA et al,

       Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS ET AL et al,

       Defendant.
                            /

Case Number: CV08-04147 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: January 21, 2010
                              Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk