1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

KAMLESH BANGA,                                    **Case No. C 08-4147 SBA**

        Plaintiff,                                **ORDER GRANTING IN PART AND**
                                                  **DENYING IN PART PLAINTIFF'S**
  v.                                            **APPLICATION TO FILE DOCUMENTS**
                                                  **UNDER SEAL**
EXPERIAN INFORMATION
SOLUTIONS; KOHLS; FIRST USA,
NA, and Does 1 through 10 inclusive,

        Defendants.

_____

On January 12, 2010, Plaintiff Kamlesh Banga ("Plaintiff") submitted to the Court under seal the following documents (1) Declaration of Kamlesh Banga in Support of Motion to File Under Seal Selected Documents Submitted in Support of Plaintiff's Opposition to Defendants Experian and Kohl's Motion for Summary Judgement et al, (2) Declaration of Kamlesh Banga in Support of Plaintiff's Opposition to Defendant Experian Information Solutions' Motion for Summary Judgment, (3) Declaration of Kamlesh Banga in Support of Plaintiff's Opposition to Defendant Kohl's Motion for Summary Judgment or in the Alternative, for Summary Adjudication, (4) Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Kohl's Department Stores' Motion for Summary Judgment or in the Alternative for Summary Adjudication.

The Court is mindful of the fact that pleadings filed by a pro se plaintiff must be liberally construed. <u>Balistreri v. Pacifica Police Dep't</u>, 901 F.2d 696, 699 (9th Cir. 1990). As such, the Court construes Plaintiff's submission titled "Declaration of Kamlesh Banga in Support of Motion to File Under Seal Selected Documents Submitted in Support of Plaintiff's Opposition to Defendants Experian and Kohl's Motion for Summary Judgement et al," as her application to file the aforementioned documents under seal (hereinafter, "application to seal"). Plaintiff requests that the documents contained in her three other submissions be filed under seal because they contain

confidential information relating to her personal credit information and the confidential and propriety trade secrets of defendants Experian and Kohl's.

Local Rule 79-5 specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable.  The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, Plaintiff's application to seal the selected materials, in support of her oppositions to the two pending motions for summary judgment by the defendants, is narrowly tailored and complies with L.R. 79-5(a). The Court notes that "Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Kohl's Department Stores' Motion for Summary Judgment or in the Alternative for Summary Adjudication" consists of only one page, which is an excerpt from an interrogatory that discusses Kohl's credit policy and monitoring procedures. Because Plaintiff's application to seal does not contain any confidential information, it shall not be filed under seal.

Accordingly, Plaintiff's application to seal is APPROVED as to the three submissions titled:

1.   Declaration of Kamlesh Banga in Support of Plaintiff's Opposition to Defendant Experian Information Solutions' Motion for Summary Judgment;

2.   Declaration of Kamlesh Banga in Support of Plaintiff's Opposition to Defendant Kohl's Motion for Summary Judgment or in the Alternative, for Summary Adjudication;

3.   Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant Kohl's Department Stores' Motion for Summary Judgment or in the Alternative for Summary Adjudication.

Plaintiff's application to seal the document titled "Declaration of Kamlesh Banga in Support of Motion to File Under Seal Selected Documents Submitted in Support of Plaintiff's Opposition to Defendants Experian and Kohl's Motion for Summary Judgement et al." is DENIED.

IT IS SO ORDERED.

Dated: 1/22/10

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   UNITED STATES DISTRICT COURT
     FOR THE
26   NORTHERN DISTRICT OF CALIFORNIA

27
     BANGA et al,
28                                                    Case Number: CV08-04147 SBA

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

EXPERIAN  INFORMATION  SOLUTIONS  ET
AL et al,

Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kamlesh Banga
P.O. Box 6025
Vallejo, CA 94591

Dated: January 25, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk