Katherine A. Klimkowski (SBN 263099)
Kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612
Telephone:  949.851.3939
Facsimile:(949.553.7547

Attorney for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>       Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS;<br>KOHL'S; FIRST USA, NA, and Does 1<br>through 10 inclusive.<br><br>       Defendants | Case No. 4:08-cv-04147-SBA<br>Related Case No. CV09-04867 SBA<br><br>Hon. Saundra B. Armstrong<br><br>**[PROPOSED] ORDER GRANTING<br>ADMINISTRATIVE MOTION TO<br>FILE DOCUMENTS UNDER SEAL** |

IT IS SO ORDERED that Plaintiff's Experian consumer disclosure dated August 29, 2007 and Plaintiff's Experian consumer disclosure dated July 23, 2008, which are attached as Exhibits 1 and 2 to the Declaration of Eric J. Hardeman in Support of Experian Information Solutions Inc.'s Opposition to Motion for Sanctions, be removed from the public record and filed under seal pursuant to the Stipulated Protective Order and local rule 79-5.  *See* Docket Entry No's. 115-3 and 115-4, respectively.

IT IS SO ORDERED.

Dated: ___2/22/13_____          _____

HON. SAUNDRA B. ARMSTRONG
United States Senior District Judge