UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA,<br><br>        Plaintiff,<br><br>  v.<br><br>KOHL'S DEPARTMENT STORES, INC., et al.,<br><br>        Defendants. | Case No. 13-cv-00275-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP UNDER CIVIL LOCAL RULE 3-12** |

In accordance with Civil Local Rule 3-12(c), the Court refers this action to District Judge Armstrong to consider whether it is related to Case Number 4:08-cv-04147 SBA. .

**IT IS SO ORDERED.**

Dated: July 1, 2013

                                                        JON S. TIGAR<br>                                        United States District Judge