1  Rodney B. Sorensen, Bar No. 196926
   rbs@paynefears.com
2  Susy Hassan, Bar No. 273605
   sh@paynefears.com
3  PAYNE & FEARS LLP
   Attorneys at Law
4  One Embarcadero Center, Suite 2300
   San Francisco, California 94111
5  Telephone: (415) 398-7860
   Facsimile: (415) 398-7863
6
7  Attorneys for Defendant
   KOHL'S DEPARTMENT STORES, INC.
   erroneously sued as "KOHLS"
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland Division

| | |
|---|---|
| KAMLESH BANGA, | Case No. 4:08-cv-04147 SBA |
| | Related Case No. 4:13-cv-00275 SBA |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY FOR KOHL'S DEPARTMENT STORES, INC.** |
| EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive, | Judge: Hon. Saundra B. Armstrong |
| Defendants. | |

TO THE COURT and to all parties and to their attorneys of record:

Defendant Kohl's Department Stores, Inc. hereby substitutes as its attorney in this matter, and for all purposes related to this case, the following:

**NEW ATTORNEY:**

PAYNE & FEARS LLP
Rodney B. Sorensen
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863
Email: rbs@paynears.com

**FORMER ATTORNEY:**

MORRISON & FOERSTER LLP
Gregory P. Dresser
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: GDressser@mofo.com

**I hereby accept and consent to this substitution:**

DATED: _____, 2013

_____
KOHL'S DEPARTMENT STORE, INC.

DATED: _____, 2013   PAYNE & FEARS LLP

*/s/ Rodney B. Sorensen*
RODNEY B. SORENSEN
Attorneys at Law
(NEW ATTORNEY)

DATED: _____, 2013   MORRISON & FOERSTER LLP

*/s/ Gregory P. Dresser*
Gregory P. Dresser
(FORMER ATTORNEY)

**IT IS SO ORDERED.**

DATED: 9/17/2013

_____
UNITED STATES DISTRICT COURT JUDGE
HON. SAUNDRA B. ARMSTRONG

4828-9754-6005.1