PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## Oakland Division

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS; KOHLS; FIRST USA, NA, and Does 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 4:08-cv-04147 SBA<br>Related Case No. 4:13-cv-00275 SBA<br><br>**ORDER GRANTING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S ADMINISTRATIVE MOTION TO REMOVE PLAINTIFF'S CONSUMER REPORTS FROM THE PUBLIC RECORD AND FILE THEM UNDER SEAL**<br><br>Judge:   Hon. Saundra B. Armstrong |

IT IS SO ORDERED that Exhibits B and C of the Declaration of Sarah E. Griswold in Support of Defendant's Motion for Summary Judgment (Docket No. 205), which consist of credit reports for Plaintiff Kamlesh Banga dated March 30, 2007 and March 11, 2009, be removed from the public record and filed under seal pursuant to Local Rule 79-5.

IT IS SO ORDERED.

Dated: ____September 27___, 2013

　　　　　　　　　　　　　　　　　　　　　_/s/ Saundra B. Armstrong_
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE
　　　　　　　　　　　　　　　　　　　　　HON. SAUNDRA B. ARMSTRONG

4:08-cv-04147 SBA
[PROPOSED] ORDER GRANTING DEFENDANT KOHL'S DEPARTMENT STORES, INC.'S ADMINISTRATIVE MOTION TO REMOVE PLAINTIFF'S CONSUMER REPORTS FROM THE PUBLIC RECORD AND FILE THEM UNDER SEAL